**Order entered August 16, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00950-CR

**THOMAS J. ELLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MA1370570-C**

## ORDER

The State's second motion for an extension to file its brief is **GRANTED**. The State's brief is deemed **FILED** August 11, 2016.

/s/    DAVID L. BRIDGES
        PRESIDING JUSTICE